UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

_____

**CHARLES M. STAR**,

       **Plaintiff,**

v.                                                        Case No. 15-CV-410

**WILLIAM DUCKERT, et al.,**

       **Defendants.**

_____

## ORDER

Plaintiff, who is representing himself, renewed a previously dismissed motion to compel. Defendants responded on June 3, 2016, by letter. Defendants argue, in part, that plaintiff did not confer with them prior to filing his motion as required by the local rules, that plaintiff's motion is untimely, and that plaintiff failed to comply with the court's order to provide relevant documents produced by defendants to plaintiff.

Plaintiff is representing himself and incarcerated, so it is not appropriate to deny his motion based only on procedural technicalities. I instructed plaintiff to review defendants' April 29, 2016 responses and to renew his motion to compel only if necessary. Given the tight deadline I set, there was no time for plaintiff to confer with defendants, nor any implication that he was required to do so. In addition, he has little control over when the institution mails documents; his filing is dated May 27, 2016, which is prior to the deadline. Finally, plaintiff filed a separate motion asking that he be allowed to refer to documents already in the record rather than having to copy the documents and re-file them. Given plaintiff's indigent status, this is a reasonable request, which I grant.

As noted by defendants, discovery in this case is now closed and defendants filed a motion for summary judgment on May 31, 2016. Thus, in an effort to resolve this discovery motion quickly, I will take defendants up on their offer to respond to plaintiff's motion more expansively. Defendants shall respond in full to plaintiff's motion within fourteen days of this order. Plaintiff may file a reply brief in support of his motion within seven days of receiving defendants' response.

**THEREFORE, IT IS ORDERED** that plaintiff's motion for partial relief (Docket #55) is **GRANTED**.

**IT IS ALSO ORDERED** that defendants shall respond to plaintiff's motion to compel (Docket #56) within fourteen days of the entry of this order. Plaintiff may file a reply in support of his motion within seven days of receiving defendants' response.

Dated at Milwaukee, Wisconsin, this 4th day of June, 2016.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge