UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
_____

**CHARLES M. STAR**,

        Plaintiff,

v.                                     Case No. 15-CV-410

**WILLIAM DUCKERT, et al.,**

        Defendants.
_____

## ORDER

Plaintiff has filed three motions that are now ready for my decision: (1) a motion to compel; (2) a motion to supplement his discovery responses; and (3) a motion seeking to extend the time by which he must respond to defendants' motion for summary judgment.

With regard to the motion to compel, plaintiff seeks additional responses from defendants to five of his ten total discovery requests. Defendants first responded to plaintiff's requests on December 2, 2015; they supplemented their responses on April 29, 2016. Plaintiff filed his motion to compel on June 1, 2016, and defendants responded to that motion on June 20, 2016. Plaintiff did not reply to defendants' response.

After reviewing the parties' submissions, I conclude that defendants have satisfied their obligations in responding to plaintiff's requests. As explained in detail by defendants in their response to plaintiff's motion, they either do not have responsive documents, they have provided responsive documents and information, and/or plaintiff

seeks documents and information that are not relevant to his claims. Accordingly, I will deny plaintiff's motion to compel.

With regard to the motion to supplement discovery, Federal Rule of Civil Procedure 26(e)(1)(A) requires a party who has responded to an interrogatory or request for production to supplement its response in a timely manner if the party learns that its response is incorrect or incomplete. It appears from plaintiff's motion and supporting documents that he is attempting to comply with this requirement. He does not need my permission to do so. Accordingly, I deny his motion because it is unnecessary.

With regard to the motion for an extension of time, plaintiff explains that he is in the process of securing a legal loan, which he needs to pay for copies and postage necessary to file his response to defendants' motion for summary judgment. I infer from plaintiff's motion that his response is complete; he simply does not have the funds to file it with the court. Given plaintiff's circumstances, justice requires that he be allowed additional time to secure the funds necessary to transmit his response materials to the court. Plaintiff may have until **August 8, 2016**, to do so.

**NOW, THEREFORE, IT IS ORDERED** that plaintiff's motion to compel (Docket #56) is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion to supplement discovery (Docket #64) is **DENIED** because it is unnecessary.

**IT IS ALSO ORDERED** that plaintiff's motion for extension of time (Docket #65) is **GRANTED**. Plaintiff's response to defendants' motion for summary judgment is due **August 8, 2016**.

Dated at Milwaukee, Wisconsin, this 5th day of July, 2016.

                                        s/ Lynn Adelman
                                        _____
                                        LYNN ADELMAN
                                        District Judge