# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

___

**CHARLES M. STAR**,

      **Plaintiff,**

v.                                                     Case No. 15-CV-410

**WILLIAM DUCKERT, et al.**,

      **Defendants.**

___

# ORDER
___

On July 21, 2016, plaintiff filed a motion asking me to hold Trista Serrano in contempt based on her denial of his request for a legal loan. He also requests that the court enter a "temporary injunction against Warden Paul Kemper and the Wisconsin Department of Corrections to prohibit a transfer to another institution, cell or different housing unit as a result of this motion . . . ." (Docket #68 at 2.)

Serrano, Kemper, and the Wisconsin Department of Corrections are not parties to this lawsuit. I will deny his motion on that basis alone. To be clear, I have allowed plaintiff to proceed on due process claims that allegedly arose while he was incarcerated at the Milwaukee County Jail. If plaintiff believes that individuals other than the named defendants violated his constitutional rights after the events alleged in his complaint, he may file a separate lawsuit against those individuals. I remind plaintiff that he must exhaust his administrative remedies *before* filing such a lawsuit and he will be required to pay a separate filing fee.

**NOW, THEREFORE, IT IS ORDERED** that plaintiff's motion for contempt (Docket #68) is **DENIED**.

Dated at Milwaukee, Wisconsin, this 27th day of July, 2016.

        s/ Lynn Adelman
        _____
        LYNN ADELMAN
        District Judge

2

Case 2:15-cv-00410-LA   Filed 07/27/16   Page 2 of 2   Document 69